**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02016-RM-MDB

CHRISTIAN E. SPARKS,

Plaintiff,

v.

UNIVERSITY OF COLORADO, DENVER CAMPUS, OFFICE OF EQUITY, ANSCHUTZ CAMPUS, through its Board, THE BOARD OF REGENTS OF THE UNIVERSITY OF COLORADO,

Defendant.

---

# FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 46) by Judge Raymond P. Moore entered on June 30, 2023, it is hereby

ORDERED that judgment is entered in favor of the Defendant, University of Colorado, Denver Campus, Office of Equity, Anschutz Campus, through its Board, The Board of Regents of the University of Colorado, and against Plaintiff, Christian E. Sparks, on Defendant's Motion for Summary Judgment. It is further

ORDERED that Plaintiff's complaint and action are dismissed. It is further

ORDERED that this case is closed.

Dated this 30th day of June, 2023.

FOR THE COURT:
JEFFREY P. COLWELL

By: s/Robert R. Keech
Robert R. Keech,
Deputy Clerk